BOOTH *vs.* ALBERTSON and TERRY.

Where a suit at law is brought against the husband and wife, for the purpose of affecting her interest, she is a necessary party to a bill in chancery, by the husband, for an injunction to restrain proceedings in the suit at law.

THIS case came before the chancellor upon an application to dissolve an injunction. A suit at law had been brought against the complainant and his wife, for the purpose of affecting her interest in the subject matter of such suit. The complainant thereupon filed the bill in this cause, in his own name, and without making his wife a party; and thereupon obtained an injunction restraining the defendants from proceeding in their suit at law.

*O. L. Barbour*, for the complainant.

*J. Rhoades*, for the defendants.

The CHANCELLOR decided that the wife of the complainant was a necessary party to a suit, in this court, to restrain the plaintiff, in the action at law, from proceeding against the husband and wife in that suit.

Motion granted.